IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILLIP NARDUCCI and | : | |
| JAMES GALLO | : | NO. 19-72 |

## AMENDED SCHEDULING ORDER

**NOW**, this 13th day of March, 2019, after consultation with counsel and with their consent, it is **ORDERED** that the Court's scheduling order of February 24, 2019 (Document No. 26) is **AMENDED** as follows:

1. A hearing on all motions, including motions to suppress and *Starks* or *Daubert* motions, will be held on **March 25, 2019,** at **2:00 p.m.**, in Courtroom 9A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

2. No later than **March 25, 2019**, the parties shall file proposed jury instructions, verdict slip, and trial memorandum.

3. Trial is scheduled for **April 1, 2019**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.