IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| PHILLIP NARDUCCI | : | NO. 19-72 |

## ORDER

AND NOW, TO WIT, this        day of        2019, it is hereby ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.


BY THE COURT:


_____
THE HONORABLE TIMOTHY J. SAVAGE

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| PHILLIP NARDUCCI | : | NO. 19-72 |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

The defendant, PHILLIP NARDUCCI (hereinafter "the Defendant"), by and through his attorney, Brian J. McMonagle, hereby petitions this Honorable Court to continue the trial of defendant and states the following in support thereof:

1. The Defendant's trial is currently scheduled before Your Honor on April 1, 2019.

2. The defense was just recently provided discovery which confirms that the Government's key witness, a longtime Government informant, was a member of a terrorist organization in Lebanon prior to seeking asylum in the United States. We have further learned that this former terrorist may have lied to an immigration court, falsified documents during immigration proceedings, and has continued his criminal activity while working for the FBI. As such the defendant seeks additional time to conduct an extensive investigation of this individual's history of terrorist activities, cooperation with foreign governments, efforts to deceive the United States of said activities. In addition, we request additional time to obtain any evidence or information of the informant's recent efforts to borrow money and/or commit crimes while cooperating with the Government.

3. For these reasons, the Defendant seeks additional time to prepare for trial.

**WHEREFORE**, we respectfully request that a new trial date be assigned that is acceptable to the Court.

Respectfully Submitted,

s/BRIAN J. MCMONAGLE, ESQUIRE
BRIAN J. MCMONAGLE, ESQUIRE
Attorney for defendant
1845 Walnut Street, 19th floor
Philadelphia, PA 19103
(215) 981-0999; Fax (215) 981-0977

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been served upon:

The Honorable Timothy J. Savage
United States District Courthouse
601 Market Street, Room 9614
Philadelphia, PA 19106

**AND**

John S. Han, Esquire
Assistant United States Attorney
Department of Justice
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

s/BRIAN J. MCMONAGLE
BRIAN J. MCMONAGLE, ESQUIRE
Attorney for Defendant Hasan Morrison
McMonagle, Perri, McHugh & Mischak
1845 Walnut Street, 19th Floor
Philadelphia, PA 19103
bmcmonagle@mpmpc.com

DATED: March 18, 2019