# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | DATE OF NOTICE: April 24, 2019 |
| v. : | |
| PHILLIP NARDUCCI : | CRIMINAL NO. 19-72-1 |
| 25 Hunters Creek Circle | |
| Mullica Hill, NJ 08062 | |

## NOTICE OF HEARING

TAKE NOTICE, that the above-entitled case has been set for a **CHANGE OF PLEA HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA 19106, on **MAY 15, 2019**, at **1:00 P.M.**, before the Honorable Timothy J. Savage, in **COURTROOM 9-A**, 9th floor.

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

  /s/ Alex Eggert
Alex Eggert
Deputy Clerk to Judge Savage
Phone: 267-299-7489

[ ] INTERPRETER REQUIRED: _____
[ ] THIS PROCEEDING HAS BEEN RESCHEDULED FROM: _____

cc: Phillip Narducci
      Gregory Pagano, Defense Counsel
      Jonathan B. Ortiz, AUSA
      Probation Office
      U.S. Marshal
      Crystal Wardlaw

Cr. 25 (rev.8/97)