# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PHILLIP NARDUCCI** | : | **NO. 19-72-1** |

## ORDER

**NOW**, this 26th day of April, 2019, upon consideration of Defendant Phillip Narducci's Motion to Modify Conditions of Pretrial Release (Document No. 80), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant's conditions of pretrial release are modified as follows:

1. The defendant is permitted to leave his home at noon on Sunday, April 28, 2019 to proceed directly to Chick's Restaurant, 1805 Washington Avenue, Philadelphia, PA 19146.

2. Defendant is to remain confined to the 1800-1900 block of Washington Avenue.

3. Defendant must return to his home by 6 p.m. on Sunday April 28, 2019.

                                                          /s/ Timothy J. Savage
                                                          TIMOTHY J. SAVAGE, J.