IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 19-72-1 |
| : | |
| PHILIP NARDUCCI : | |
| a/k/a "Phil" : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 10, 2019, this Court entered a Judgment and Preliminary Order of Forfeiture (Document No. 102), forfeiting the defendant's interest in the property described below.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days, commencing on September 19, 2019, and ending on October 18, 2019.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, the Court finds, based upon the facts set forth at the defendant's plea hearing, which formed the factual basis for the plea, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture (Document No. 102) that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) made applicable by 28 U.S.C. § 2461(c).

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All right, title, and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Preliminary Order of Forfeiture entered by this Court on September 10, 2019, and described below, is hereby fully and finally forfeited to the United States of America pursuant to 21 U.S.C. § 853(n)(7):

    a) **$37,864.00 in United States currency.**

2. All right, title and interest of all persons, their heirs and assigns in the property described above, is hereby vested in the United States of America.

3. The government, or its designee, shall dispose of the subject assets listed in paragraph 1 of this Order in accordance with the law and the rules of this Court.

ORDERED this day _____ of _____, 2020.

BY THE COURT:

_____
HONORABLE TIMOTHY J. SAVAGE
*Judge, United States District Court*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 19-72-1** |
| : | |
| **PHILIP NARDUCCI** : | |
| a/k/a "Phil" : | |

**MOTION OF THE UNITED STATES FOR ENTRY OF**
**A FINAL ORDER OF FORFEITURE**

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, Sarah L. Grieb, Assistant United States Attorney, Chief, Asset Recovery and Financial Litigation Unit, and Jonathan B. Ortiz, Assistant United States Attorney, respectfully requests entry of a Final Order of Forfeiture, and in support of this motion, the United States represents as follows:

1. A Judgment and Preliminary Order of Forfeiture (Document No. 102) was entered by this Court on September 10, 2019, forfeiting to the United States the defendant's interest in the following property:

   a)   **$37,864.00 in United States currency.**

2. The government has complied with the notice provisions of 21 U.S.C. § 853(n). Specifically, the government gave general notice through publication on an official government internet site for 30 consecutive days commencing on September 19, 2019, and ending on October 18, 2019. See Exhibit A, attached.

3. The government determined that there are no individuals known to have alleged an interest in the property subject to forfeiture and who thus would have required direct written notice of the Judgment and Preliminary Order of Forfeiture.

4. No third party has petitioned the court for a hearing to adjudicate the validity of any alleged interest in the forfeited property.

5. Based on defendant's guilty plea, the government avers that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), made applicable by 28 U.S.C. § 2461(c).

For the reasons stated above, the government requests that this Court enter the attached Final Order of Forfeiture.

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney

SARAH L. GRIEB
Assistant United States Attorney
Chief, Asset Recovery and Financial Litigation Unit

_____
JONATHAN B. ORTIZ
Assistant United States Attorney

Date:

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 19-72-1 |

|  |  |
|---|---|
| **PHILIP NARDUCCI**<br>      a/k/a "Phil" | :<br>:<br>: |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on September 19, 2019, and ending on October 18, 2019.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 22, 2020 in Philadelphia, PA.

_____
Jessica McKavanagh
Forfeiture Paralegal

## **CERTIFICATE OF SERVICE**

The foregoing Motion for an Entry of a Final Order of Forfeiture, and proposed Order will be served electronically through the District Court Electronic Case System upon:

Brian J. McMonagle, Esquire<br>
McMonalge, Perri, McHugh & Mischak<br>
1845 Walnut Street, 19th Floor<br>
Philadelphia, PA 19103<br>
215-981-0999 (p)<br>
215-981-0977 (f)<br>
bmcmonagle@mpmpc.com

                                                     _____<br>
                                                     JONATHAN B. ORTIZ<br>
                                                     Assistant United States Attorney

Date: